**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000557
03-OCT-2025
07:59 AM
Dkt. 70 OAWST**

NO. CAAP-23-0000557

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


DEVIN A. KOKUBUN; RANDELL K. NEIZMAN,
Plaintiffs-Appellees,
and
CRYSTAL A. LEDBETTER; ANGEL MACANAS, JR.;
AND EDNA K. MACANAS, Plaintiffs-Appellants,
v.
RAY R. TELFORD; LINDA C. TELFORD,
Defendants-Appellees,
and
JERRY L. GOODALE,
Defendant-Cross Claim Plaintiff-Appellee,
and
JOSEPH D. RAGOCOS, JR.,
Defendant-Cross claim Plaintiff-Third
Party Plaintiff-Appellee,
and
FREEDOM MORTGAGE CORPORATION,
Defendant-Cross Claim Plaintiff-Appellee,
and
BANK OF AMERICA, N.A.,
Defendant-Cross Claim Defendant-Appellee,
and
FEDERAL HOME LOAN MORTGAGE CORPORATION,
Third Party Defendant-Appellee,
and
DOE DEFENDANTS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CCV-21-0000203)


ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE
(By: Nakasone, Chief Judge, and Wadsworth and Guidry, JJ.)

Upon consideration of the September 29, 2025
Stipulation for Dismissal with Prejudice of Appeal (**Stipulation**

**for Dismissal**), filed by Defendant-Cross Claim Plaintiff-Appellee Jerry L. Goodale, Defendant-Cross Claim Plaintiff-Third Party Plaintiff-Appellee Joseph D. Ragocos, Jr., and Defendant-Cross Claim Plaintiff-Appellee Freedom Mortgage Corporation, the papers in support, and the record, it appears that: (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal with prejudice and represent that each party shall bear their own attorneys' fees and costs; (3) the Stipulation for Dismissal is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs in this appeal.

DATED: Honolulu, Hawaiʻi, October 3, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge